# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Supplemental Request for Assistance From the British Virgin Islands in the Matter of Verna Maduro, | No. MC11-36-PHX-JAT<br><br>**ORDER** |

Upon Application of the United States (Doc. 1), and upon review of the letters regarding assistance under the Treaty Between the United States of America and the United Kingdom of Great Britain and Northern Ireland Concerning the Cayman Islands Relating to the Mutual Legal Assistance in Criminal Matters (the "Treaty"), which was attached to the Application,

**IT IS HEREBY ORDERED** pursuant to the authority conferred by 18 U.S.C. §3512 and the Treaty, as well as this Court's inherent authority, that Assistant U.S. Attorney James R. Knapp (or a substitute or successor designated by the Office of the United States Attorney) is appointed as commissioner (the "Commissioner") of this Court and hereby directed to execute the request for assistance and to take such steps as are necessary to collect the evidence requested. In doing so, the Commissioner:

1. May issue Commissioner's subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and produce evidence located within the Untied States;

2. Shall provide notice with respect to the collection of evidence to those persons identified in the Request as parties to whom notice should be given (and no notice to any

other party shall be required);

3. Shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or other proceeding in the British Virgin Islands for which the Office of the Director of Public Prosecutions has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Office of the Director of Public Prosecutions under the Treaty;

4. May in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of the British Virgin Islands, who, as authorized or directed by the Commissioner, may direct questions to any witness;

5. May seek such further Orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with Commissioner's subpoenas who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

6. Shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that Office for transmission to the British Virgin Islands; and,

7. May provide copies of the evidence collected to persons identified in the Request as parties to whom such copies should be given (and to no other persons).

**IT IS FURTHER ORDERED** that any person from whom the Commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the Commissioner.

DATED this 7th day of June, 2011.

_____
James A. Teilborg
United States District Judge